UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 13cr10218 |
| ) | VIOLATIONS: |
| MICHAEL D. FORD, a/k/a ) | 18 U.S.C. § 1028(a)(7) -- |
| WILLIAM BURDEN ) | Fraud and Related Activity in Connection |
| ) | With Identification Documents |

## INDICTMENT

**COUNT ONE:**   18 U.S.C. § 1028(a)(7) – Fraud and Related Activity in Connection With Identification Documents

The Grand Jury charges that:

On or about August 11, 2008, at Cambridge, Boston, and elsewhere in the District of Massachusetts,

**MICHAEL D. FORD, a/k/a
WILLIAM BURDEN,**

defendant herein, did knowingly possess and use, without lawful authority and in and affecting interstate and foreign commerce, a means of identification of another person with intent to commit, and to aid and abet, and in connection with, unlawful activity that constituted a felony under applicable State law, to wit, a violation of Massachusetts General Laws Chapter 266, Section 30, in that the defendant did intend, with intent to defraud, to obtain by false pretence the property of another having a value exceeding $250.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
ROBERT E. RICHARDSON
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS; July 23, 2013

Returned into the District Court by Grand Jurors and filed.


DEPUTY CLERK

11:57am  7/23/13